**United States Bankruptcy Court**
**Eastern District of Virginia**
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−11426−RGM
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sombo L. Franco
6005 Amherst Ave
Springfield, VA 22150

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7337

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

### NOTICE OF NEED TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the trustee has advised that there are assets from which a distribution may be paid.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above by the following deadlines:

**Deadline to File a Proof of Claim**

For all creditors (except a governmental unit):          For a governmental unit:
**August 15, 2013**                                       **September 27, 2013**

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail with the court at the above address. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose photocopy of the proof of claim together with a stamped, self−addressed envelope. Any attachment to the claim must be on 8 1/2" x 11" paper.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Dated:  May 15, 2013                                      For the Court,

                                                          William C. Redden, Clerk
[VAN004vOct2011.jsp]                                      United States Bankruptcy Court

```
                                  United States Bankruptcy Court
                                    Eastern District of Virginia
In re:                                                                       Case No. 13-11426-RGM
Sombo L. Franco                                                              Chapter 7
        Debtor                           CERTIFICATE OF NOTICE
District/off: 0422-9          User: voehle                  Page 1 of 2                  Date Rcvd: May 15, 2013
                              Form ID: VAN004               Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2013.
db           +Sombo L. Franco,    6005 Amherst Ave,    Springfield, VA 22150-3228
11702530     +Bank Of America,    58010950,   Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
               Simi Valley, CA 93062-5170
11702531     +Cap One,   5155970205915073,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
11702529     +Commerce FCU,    58777300000,   Box 14720,   Washington, DC 20044-4720
11702533     +Dept Of Commerce Fcu,    4756431340034102,    Box 14720,   Washington DC 20044-4720
11702534     +Equifax,   POB 105285,    Atlanta, GA 30348-5285
11702535     +Experian,   POB 9701,    Allen, TX 75013-9701
11702536     +Fairfax County General District Court,    Riechardt v Franco GV12029906-00,
               4110 Chain Bridge, Road Rm 302,    Fairfax, VA 22030-4009
11702537     +Mercedes Benz Fin Svcs,    1015615630,   2050 Roanoke Rd,    Westlake, TX 76262-9616
11760716      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
11702539     +Tana L Franco,    5306 Landgrave Ln,   Springfield, VA 22151-1912
11702540     +Torres Credit/Dominion Power,    5790723,   TCS Inc.,    PO Box 189,   Carlisle, PA 17013-0189
11702541     +Trans Union,    POB 2000,   Chester, PA 19016-2000
11702545     +W, Reichhardt c/o Busman Esq,    Box 7514,   Fairfx Station, VA 22039-7514
11702546     +Wm Reichhardt,    4020 University Drive #222,    Fairfax VA 22030-6802
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11702532     +EDI: CHASE.COM May 16 2013 08:03:00      Chase,   426700003750,    Po Box 901039,
               Fort Worth, TX 76101-2039
11786564      E-mail/Text: bkdepartment@rtresolutions.com May 16 2013 07:10:11      Real Time Resolutions, Inc.,
               1349 Empire Central, Suite #150,    PO Box 36655,   Dallas, Texas 75247-4029
11702543     +EDI: USAA.COM May 16 2013 08:08:00      Usaa Savings Bank,   5491237330226260,    10750 Mc Dermott,
               San Antonio, TX 78288-1600
11702542     +EDI: USAA.COM May 16 2013 08:08:00      Usaa Savings Bank,   3743550136524390,    Po Box 47504,
               San Antonio, TX 78265-7504
11702544     +EDI: AFNIVERIZONE.COM May 16 2013 08:03:00      Verizon,   845089236,    500 Technology Dr Ste 30,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
11702538*    +Sombo L. Franco,    6005 Amherst Ave,    Springfield, VA 22150-3228
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0422-9           User: voehle              Page 2 of 2              Date Rcvd: May 15, 2013
                               Form ID: VAN004           Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2013 at the address(es) listed below:
              Kevin R. McCarthy    krm@mccarthywhite.com,
               clm@mccarthywhite.com;dc07@ecfcbis.com;nolte@mccarthywhite.com
              Kevin R. McCarthy    on behalf of Trustee Kevin R. McCarthy krm@mccarthywhite.com,
               clm@mccarthywhite.com;dc07@ecfcbis.com;nolte@mccarthywhite.com
              Robert R. Weed    on behalf of Debtor Sombo L. Franco robertweedlaw@yahoo.com,
               robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertw
               eedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
                                                                                             TOTAL: 3
```